S.D.N.Y. – W.P.
23-cv-11170
Roman, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

––––––––––––––

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand twenty-six.

Present:

William J. Nardini,
Steven J. Menashi,
Eunice C. Lee,
*Circuit Judges*.

James Filardi, individually and on behalf of all others similarly situated, et al.,

*Plaintiffs-Appellees*,

v.

26-617 (Con)

Mid America Pet Food LLC,

*Defendant-Appellee*,

v.

Michael Sussman,

*Not Party in Lower Court-Appellant*.

Plaintiffs-Appellees, through counsel, move to dismiss this pro se appeal as untimely filed. Upon due consideration, it is hereby ORDERED that the motion is DENIED because the notice of appeal was timely. *See* Fed. R. App. P. 4(7)(A)(ii); *see also Arzuaga v. Quiros*, 781 F.3d 29, 33 (2d Cir. 2015) (per curiam) (holding that, where no separate judgment is entered, the time to appeal begins to run 150 days from entry of the district court's order). The appeal will proceed in the ordinary course.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

